to removal. *See id.* at 31:10. Benton–El was also allowed to question Mr. Baxter as to the disparate treatment issue. Mr. Baxter specifically testified that he did not recall any situations where he recommended an alternative sanction for an employee who had been sentenced to prison. *See id.* at 28:33. The AJ did not exclude this testimony. Because the AJ did not in fact bar the testimony in question, we find no error in the Board's decision.

### COSTS

No costs.

RAMBUS INC., Appellant,

v.

INTERNATIONAL TRADE
COMMISSION,
Appellee,

and

Nvidia Corporation, Intervenor.

No. 2010–1483.

United States Court of Appeals,
Federal Circuit.

Feb. 10, 2012.

Sidney A. Rosenzweig, Wayne W. Herrington, James M. Lyons, Paul M. Bartkowski, U.S. International Trade Commission, Washington, DC, for Appellee.

I. Neel Chatterjee, Orrick, Herrington & Sutcliffe LLP, Menlo Park, CA, Ruffin

B. Cordell, Andrew R. Kopsidas, Peter J. Sawert, Fish & Richardson, P.C., Mark S. Davies, Orrick, Herrington & Sutcliffe LLP, Washington, DC, for Intervenor.

J. Michael Jakes, Doris Johnson Hines, Christine Lehman, Kathleen A. Daley, Naveen Modi, Finnegan, Henderson, Farabow, Washington, DC, Michael J. McCabe II, Finnegan, Henderson, Farabow, Atlanta, GA, for Appellant.

### ON MOTION

### *ORDER*

Upon consideration of the parties' stipulation for dismissal with prejudice pursuant to Fed. R.App. P. 42(b),*

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

NVIDIA CORPORATION, Appellant,

v.

INTERNATIONAL TRADE
COMMISSION,
Appellee,

and

Rambus, Inc., Intervenor.

No. 2010–1557.

United States Court of Appeals,
Federal Circuit.

Feb. 10, 2012.

---

\* We note that the parties' request that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.

Sidney A. Rosenzweig, Wayne W. Herrington, James M. Lyons, Paul M. Bartkowski, U.S. International Trade Commission, Washington, DC, for Appellee.

I. Neel Chatterjee, Kenneth J. Halpern, Orrick, Herrington & Sutcliffe LLP, Menlo Park, CA, Mark S. Davies, Lauren James Parker, Orrick, Herrington & Sutcliffe LLP, Washington, DC, Karen G. Johnson–McKewan, Orrick, Herrington & Sutcliffe LLP, San Francisco, CA, for Appellant.

J. Michael Jakes, Doris Johnson Hines, Christine Lehman, Kathleen A. Daley, Naveen Modi, Finnegan, Henderson, Farabow, Washington, DC, Michael J. McCabe II, Finnegan, Henderson, Farabow, Atlanta, GA, for Intervenor.

## ON MOTION

### *ORDER*

Upon consideration of the parties' stipulation for dismissal with prejudice pursuant to Fed. R.App. P. 42(b),\*

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Rashid EL MALIK, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7201.

United States Court of Appeals, Federal Circuit.

Feb. 13, 2012.

Rehearing Denied March 23, 2012.

---

\* We note that the parties' request that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.